Matter of Attorneys in Violation of Judiciary Law § 468-a (Banker) (2025 NY Slip Op 00261)

Matter of Attorneys in Violation of Judiciary Law § 468-a (Banker)

2025 NY Slip Op 00261

Decided on January 16, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 16, 2025

PM-13-25
[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Committee on Professional Standards, Now Known as Attorney Grievance Committee for the Third Judicial Department, Petitioner; John Alexander Banker, Respondent. (Attorney Registration No. 1860576.)

Calendar Date:December 9, 2024

Before:Pritzker, J.P., Lynch, Fisher, McShan and Mackey, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for petitioner.
John Alexander Banker, Taylor, Arizona, respondent pro se.

Motion by respondent for an order reinstating him to the practice of law following his suspension by July 2003 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a , 307 AD2d 374, 376 [3d Dept 2003]; see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit with exhibits sworn to October 30, 2024, his supplemental affirmations with attachments dated November 18, 2024 and December 4, 2024, and the December 3, 2024 responsive correspondence from petitioner, and having determined, by clear and convincing evidence, that (1) respondent has substantially complied with the requirements of Rules of the Appellate Division, Third Department (22 NYCRR) § 806.16 (c) (5), (2) respondent has complied with the order of suspension and the rules of this Court, (3) respondent has the requisite character and fitness to practice law, and (4) it would be in the public interest to reinstate respondent to the practice of law (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16 [a]), it is
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effective immediately.
Pritzker, J.P., Lynch, Fisher, McShan and Mackey, JJ., concur.